UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                 21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
JEANNE THORPE

                              Plaintiff,        Index No.: 07 CV 1715

   -against-
                                              **NOTICE OF**
RECTOR OF TRINITY CHURCH, et al.               **APPEARANCE**

                            Defendants.       **ELECTRONICALLY**
-----------------------------------------------------------------x  **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR TRINITY OF CHURCH".**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
             December 10, 2007

                                         LONDON FISCHER LLP

                   By:   _____
                           Gillian Hines Kost (GK-2880)
                           59 Maiden Lane
                           New York, New York 10038
                           Phone: (212) 972-1000
                           Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Thorpe\Pleadings\Notice of Appearance